IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DARRYL SCOTT STINSKI, | |
| Petitioner, | CIVIL ACTION NO.: 4:18-cv-66 |
| v. | |
| WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION STATE PRISON, | |
| Respondents. | |

**O R D E R**

The Judgment of the Court in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 17th day of May, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA